# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
Desiree Arnold,

                              Plaintiffs,       **DECLARATION**

      -against-                          No. 20 CV 5666

NYC Health and Hospitals Corp., Sheldon McLeod, Geralda Xavier, Steven Pulitzer, and Nicole Constantine,

                              Defendants.
---------------------------------X

        I, **Nicole Constantine**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.    I am an individually named defendant in the above-captioned matter, which was originally filed in the Supreme Court of the State of New York, Count of Kings, under Index No. 520965/2020.

        2.    I consent to co-defendant New York City Health and Hospitals Corporation's application to remove the instant matter to the United States District Court of the Eastern District of New York.

        I declare, under penalty of perjury that the foregoing is true and correct.

Dated:      New York, New York
               November 20, 2020

By:   */s/ Nicole Constantine*
       Nicole Constantine

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
Desiree Arnold,

                                                      Plaintiffs,      **DECLARATION**

                 -against-                          No. 20 CV 5666

NYC Health and Hospitals Corp., Sheldon McLeod, Geralda Xavier, Steven Pulitzer, and Nicole Constantine,

                                                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       I, **Geralda Xavier**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.      I am an individually named defendant in the above-captioned matter, which was originally filed in the Supreme Court of the State of New York, Count of Kings, under Index No. 520965/2020.

       2.      I consent to co-defendant New York City Health and Hospitals Corporation's application to remove the instant matter to the United States District Court of the Eastern District of New York.

       I declare, under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
             November __, 2020

By: _____  11/20/2020
      Geralda Xavier

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
Desiree Arnold,

                             Plaintiffs,      **DECLARATION**

         -against-                          No. 20 CV 5666

NYC Health and Hospitals Corp., Sheldon McLeod, Geralda Xavier, Steven Pulitzer, and Nicole Constantine,

                           Defendants.
------------------------------X

        I, **Steven Pulitzer**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.     I am an individually named defendant in the above-captioned matter, which was originally filed in the Supreme Court of the State of New York, Count of Kings, under Index No. 520965/2020.

        2.     I consent to co-defendant New York City Health and Hospitals Corporation's application to remove the instant matter to the United States District Court of the Eastern District of New York.

        I declare, under penalty of perjury that the foregoing is true and correct.

Dated:      New York, New York
              November 20, 2020

By: _Steven Pulitzer, MD_
     Steven Pulitzer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
Desiree Arnold,

                      Plaintiffs,      **DECLARATION**

       -against-                No. 20 CV 5666

NYC Health and Hospitals Corp., Sheldon McLeod,
Geralda Xavier, Steven Pulitzer, and Nicole Constantine,

                      Defendants.
---------------------------------X

       I, **Sheldon McLeod**, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.     I am an individually named defendant in the above-captioned matter, which was originally filed in the Supreme Court of the State of New York, Count of Kings, under Index No. 520965/2020.

       2.     I consent to co-defendant New York City Health and Hospitals Corporation's application to remove the instant matter to the United States District Court of the Eastern District of New York.

       I declare, under penalty of perjury that the foregoing is true and correct.

Dated:     New York, New York
            November 20, 2020

By: _____
     Sheldon McLeod